# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Pirs Capital, LLC     Plaintiff, <br><br> -v- <br><br> Target Drilling, Inc. and Stephen Kravits a/k/a Stephen J. Kravits <br><br> Defendant. | Case No. 1:21-CV-5295 <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Target Drilling, Inc.     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

**Date:** June 15, 2021

*[Signature: Robert O. Lampl]*
**Signature of Attorney**

**Attorney Bar Code:** PA 19809

Form Rule7_1.pdf SDNY Web 10/2007