## 651714/2021 - New York County Supreme Court

Short Caption: Pirs Capital, LLC v. Target Drilling Inc. et al
Case Type: Commercial - Contract
Case Status: Pre-RJI
eFiling Status: **Partial Participation Recorded**

### Narrow By Options

Document Type: Please select...      Filed By:
Please select...
Motion Info:     Filed Date:
☐ thru ☐
Document Number:
Display Document List with Motion Folders

Sort By: Doc #

| # | Document | Filed | Status |
|---|----------|-------|--------|
| 1 | SUMMONS + COMPLAINT | Wolkind, B.<br>Filed: 03/15/2021<br>Received: 03/15/2021 | Processed<br>Confirmation Notice |
| 2 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>*AFFIDAVIT OF SERVICE ON STEPHEN KRAVITS* | Foster, P.<br>Filed: 05/28/2021<br>Received: 05/28/2021 | Processed<br>Confirmation Notice |
| 3 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>*AFFIDAVIT OF SERVICE ON TARGET DRILLING* | Foster, P.<br>Filed: 05/28/2021<br>Received: 05/28/2021 | Processed<br>Confirmation Notice |

# EXHIBIT A