```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/5/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
PIRS CAPITAL, LLC,                  :
                                    :
                     Plaintiff,     :    21 Civ. 5295 (VM)
                                    :
     - against -                    :         **ORDER**
                                    :
TARGET DRILLING, INC. et al.,       :
                                    :
                     Defendants.    :
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

On July 6, 2021, upon request of the parties, the Court ordered the above-captioned matter stayed pending arbitration. (see Dkt. No. 10.) As of January 5, 2022, there has been no record of any proceedings or filings of any papers or correspondence with the Court. It is hereby ordered that the parties file a status report within seven days of this order.

**SO ORDERED.**

Dated:    New York, New York
          5 January 2022

                                   _____
                                       Victor Marrero
                                         U.S.D.J.