```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
PIRS CAPITAL, LLC,                 :
                                   :
                Plaintiff,         :   21 Civ. 5295 (VM)
                                   :
     - against -                   :      ORDER
                                   :
TARGET DRILLING, INC. et al.,      :
                                   :
                Defendants.        :
-----------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

On January 10, 2022, upon request of the Court, the parties submitted a status report stating that a pre-mediation conference was scheduled for January 14, 2022. (See Dkt. No. 14.) As of June 29, 2022, there has been no record of any proceedings or filings of any papers or correspondence with the Court. It is hereby ordered that the parties file a status report within seven days of this order.

**SO ORDERED.**

Dated: New York, New York
       29 June 2022

_____
Victor Marrero
U.S.D.J.