UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIRS CAPITAL, LLC,<br><br>        Plaintiff,<br><br>   -against-<br><br>TARGET DRILLING, INC. and STEPHEN KRAVITS a/k/a STEPHEN J. KRAVITS,<br><br>        Defendants. | 21-CV-05295 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court is in receipt of the parties' joint letter, dated October 11, 2022, filed in response to the Court's September 22, 2022 Reassignment Order. ECF No. 18.

  Defendants' outgoing counsel Alexander L. Holmquist and Robert O. Lampl shall file motions to withdraw as counsel by **October 17, 2022**. Defendants' current counsel shall file a notice of appearance by **October 14, 2022**.

  .IT IS FURTHER ORDERED the parties shall file a joint letter, not to exceed three pages, regarding the status of the case by **January 31, 2023**.

Dated: October 12, 2022
    New York, New York

                SO ORDERED.

                *Jennifer Rochon*
                JENNIFER L. ROCHON
                United States District Judge